Richard S. Ralston Bar #8546
Weinstein & Riley, P.S.
2001 Western Avenue, Suite 400
Seattle, WA 98121
Phone: 206-269-3490

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>Hank Joseph Rapoza,<br><br>    Debtor.<br><br>Discover Bank, Issuer of the Discover Card,<br><br>    Plaintiff,<br><br>v.<br><br>Hank Joseph Rapoza,<br><br>    Defendant. | BK No. 09-13435<br><br><br><br>ADV. NO. 09-01307-TTG<br><br>**ORDER AND JUDGMENT OF NONDISCHARGEABILITY** |

Based upon the Stipulation of the Parties, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The sum of **$3,000.00** owed by Defendant to Plaintiff is found to be nondischargeable and Plaintiff is granted judgment against Defendant in this amount.

2. The non-discharged sum of **$3,000.00** shall be paid as follows: **the sum of $50.00 per month, each month for 60 months, commencing 06/01/2010.** The remaining payments shall be due on the same day of each month thereafter. While not in default, such principal shall not bear interest.

3. Payments are to be made to:

   **Accounts Receivable**
   **Attn: Discover Bank, Issuer of the Discover Card**
   **WEINSTEIN & RILEY, P.S.**
   **P.O. Box 3978**

Page 4 – JUDGMENT OF NONDISCHARGEABILITY

41144874

Seattle, WA 98124
**INCLUDE ACCOUNT NUMBER ON PAYMENTS**

Plaintiff or its agents may send monthly bills and invoices as a courtesy reminder to Defendant.

4. In the event Defendant defaults in payments, Plaintiff shall be entitled to declare the sum of **$3,000.00**, plus any interest, immediately due and payable, together with Plaintiff's reasonable attorneys' fees and costs incurred.

5. Defendant acknowledges and stipulates that if Defendant fails to make any payment as agreed, the remaining **$3,000.00**, less any payments made, shall bear interest at twelve percent (12%) per annum until paid or otherwise satisfied. However, no interest will accrue so long as payments are kept current.

6. Plaintiff will refrain from pursuing its rights under this agreement so long as Defendant continue to make payment on a regular, timely basis. If Defendant defaults, however, Plaintiff shall have the right to pursue any legally available remedy without further notice.

7. The parties shall pay their own attorney fees and costs in this matter.

Dated: _____, March

_____
Thomas T. Glover
United States Bankruptcy Judge
(Dated as of "Entered on Docket" date above)

Submitted by:

_____    3-31-10
Richard S. Ralston, Bar #8546    Date
Attorney for Plaintiff

_____    3/29/2010
Stephen J Garvey, Bar # WSBA 13486    Date
Attorney for Defendant


cc:     Richard S. Ralston
        Stephen J Garvey

Page 6 – JUDGMENT OF NONDISCHARGEABILITY

41144874



Case 09-01307-TMB Doc 10 Filed 04/02/10 Entered 04/02/10 13:15:36 Page 3 of 4 Pg. 3 of 4

# CLERK'S CERTIFICATE OF MAILING

I certify that I sent a copy of the attached Judgment of Nondischargeability to the following parties via first-class mail, postage prepaid:

Richard S. Ralston
Weinstein & Riley, P.S.
2001 Western Avenue, Suite 400
Seattle, WA 98121

Stephen J Garvey
Attorney At Law
7100 Evergreen Way, Ste E
Everett, WA 98203

Dated: _____, March ____, 2010

_____
Deputy Clerk

Page 1 – CLERK'S CERTIFICATE OF MAILING

41144874